# ECF Federal Civil Court Cases Listing Telebrands/AJ Khubani as Defendant in Trademark, Copyright, or Patent Infringement Cases

| Case Number | ECF Case Number | Jurisdiction | Date Filed | Case Type | Plaintiff(s) | Defendant(s) | Date Terminated/Disposition |
|---|---|---|---|---|---|---|---|
| 2:04-cv-02980-JLL-CCC | | District of New Jersey | 6/24/2004 | Copyright | La Termoplastic, et al | Telebrands, et al | 5/14/2007 |
| 1:05-cv-03706-DC | | SD of New York | 4/11/2005 | Trademark | Milestone Scientific, et al | Telebrands, et al | 01/07/2008; 04/17/2008 |
| 4:08-cv-00345-RAS-DDB | | ED of Texas | 9/10/2008 | Copyright | Peticure | Telebrands, et al | 1/26/2010 |
| 0:12-cv-00389-JRT-JJK | | District of Minnesota | 2/14/2012 | Trademark | My Pillow Inc | Telebrands, et al | 6/13/2012 |
| 9:12-cv-81169-DMM | | SD of Florida | 10/23/2012 | Patent | Blue Gentian | Telebrands | 1/24/2013 |
| 2:13-cv-00481-FSH-SCM | | District of New Jersey | 1/25/2013 | Patent | Blue Gentian | Telebrands | OPEN CASE |
| 1:90-cv-00268-MJL | | SD of New York | 1/17/1990 | Copyright | Interwood Marketing, et al | Ajit Khubani, et al | 6/13/1990 |
| 3:91-cv-02138-G | | ND of Texas | 10/9/1991 | Trademark | Tripledge Products, et al | Ajit Khubani, et al | 11/21/1991 |
| 1:91-cv-03885-CPS-AXR | | ED of New York | 10/7/1991 | Trademark | American Direct Mark.. | Telebrands..., et al | 6/16/1992 |
| 1:92-cv-00713-MBM | | SD of New York | 1/29/1992 | Copyright | Victor Borge, et al | Telebrands..., et al | 2/26/1992 |
| 2:92-cv-02206-TON | | ED of Pennsylvania | 4/15/1992 | Trademark | National Media Co, et al | Telebrands | 11/10/1992 |
| 1:93-cv-01985-CSH | | SD of New York | 3/26/1993 | Patent | Doctech Int, et al | Telebrands, et al | 7/6/1994 |
| 1:93-cv-00543 | | ED of Virginia | 4/28/1993 | Copyright | Tomina Edmark, et al | Telebrands..., et al | 4/7/1995 |
| 2:94-cv-00452-AJL | | District of New Jersey | 1/28/1994 | Trademark | Paul Gallant, et al | Telebrands, et al | 4/14/1999 |
| 2:94-cv-02036-RG | | ED of Pennsylvania | 3/29/1994 | Trademark | The Ironees Company | Telebrands, et al | 7/21/1994 |
| 2:94-cv-02645-DT-JG | | CD of California | 4/22/1994 | Patent | Welcome Company | Telebrands, et al | 1/6/1995 |
| 1:94-cv-05345-MGC | | SD of New York | 7/21/1994 | Trademark | St. Ives Laboratories | Telebrands..., et al | 8/30/1994 |
| 3:95-cv-00952-CAL | | ND of California | 3/20/1995 | Trademark | New West Products Inc | Telebrands, et al | 2/16/1996 |
| 4:96-cv-00436 | | SD of Texas | 2/8/1996 | Copyright | Edmark Industries | Telebrands, et al | 4/8/1999 |
| 1:96-cv-00286-JMM | | ND of Ohio | 2/9/1996 | Patent | Mag-Niff | Telebrands | 9/3/1996 |
| 1:97-cv-00423-LMB | | ED of Virginia | 3/26/1997 | Patent | Suntiger Inc, et al | Telebrands, et al | 11/5/1999 |
| 3:97-cv-00073-NBB | | ND of Mississippi | 4/22/1997 | Patent | Jerry Hatchett | Telebrands..., et al | 11/16/1998 |
| 1:97-cv-03587-SS | | SD of New York | 5/16/1997 | Trademark | Kent & Spiegel Direct | Telebrands | 6/30/1997 |
| 1:97-cv-01337-JCC | | ED of Virginia | 8/25/1997 | Trademark | Tactica International Inc | Telebrands, et al | 12/9/1997 |
| 2:97-cv-09379-DT-JG | | CD of California | 12/19/1997 | Patent | Welcome Company Ltd | Telebrands, et al | 1/28/1998 |
| 1:98-cv-02499-LTB | | District of Colorado | 11/16/1998 | Trademark | Dana Trading, et al | Telebrands, et al | 12/22/1998 |
| 3:00-cv-01127-P | | ND of Texas | 5/26/2000 | Trademark | Gemmy Industries Inc | Telebrands, et al | 8/21/2000 |
| 1:00-cv-00486-HC | | ED of Texas | 7/24/2000 | Copyright | Edmark Industries | Telebrands, et al | 7/28/2000 |
| 0:00-cv-01812-JMR-FLN | | District of Minnesota | 7/28/2000 | Trademark | Edmark Industries | Ajit Khubani, et al | 11/14/2000 |
| 1:00-cv-06395-MGC | | SD of New York | 8/25/2000 | Trademark | National Audubon Soc. | Telebrands, et al | 3/7/2001 |
| 2:02-cv-02965-WJM | | District of New Jersey | 6/21/2002 | Patent | Yeister Research & Dev. | Telebrands | 1/30/2003 |
| 1:02-cv-06243-GBD | | SD of New York | 8/6/2002 | Trademark | The Media Group | Telebrands | 1/9/2004 |
| 2:05-cv-01141-MMM-VBK | | CD of California | 2/14/2005 | Patent | Bragel International | Telebrands | 2/27/2007 |



EXHIBIT A

# United States of America
## United States Patent and Trademark Office

# HURRYCANE

**Reg. No. 4,243,464**  
**Registered Nov. 13, 2012**  
**Int. Cl.: 18**

**TRADEMARK**  
**PRINCIPAL REGISTER**

MART 5 LLC (MINNESOTA LIMITED LIABILITY COMPANY)  
110 CHESHIRE LN #200  
MINNETONKA, MN 553051041

FOR: WALKING CANE, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-7-2011; IN COMMERCE 6-7-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-494,675, FILED 12-14-2011.

BRIAN PINO, EXAMINING ATTORNEY



*David J. Kappos*  
Director of the United States Patent and Trademark Office

**EXHIBIT B**

# United States of America
### United States Patent and Trademark Office

# TheHurryCane.com

**Reg. No. 4,286,043**
**Registered Feb. 5, 2013**
**Int. Cl.: 18**

**TRADEMARK**
**PRINCIPAL REGISTER**

MARTFIVE, LLC (MINNESOTA LIMITED LIABILITY COMPANY)
SUITE 200
110 CHESHIRE LANE
MINNEAPOLIS, MN 55305

FOR: CANES AND WALKING STICKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-17-2011; IN COMMERCE 12-14-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-660,504, FILED 6-25-2012.

JAMES A. RAUEN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

**EXHIBIT C**

# United States of America
## United States Patent and Trademark Office


HURRYCANE
The all-terrain cane.

**Reg. No. 4,191,792**
**Registered Aug. 14, 2012**
**Int. Cl.: 18**

**TRADEMARK**
**PRINCIPAL REGISTER**

MART 5 LLC (MINNESOTA LIMITED LIABILITY COMPANY)
SUITE 200
110 CHESHIRE LANE
MINNESOTA, MN 553051041

FOR: WALKING CANE, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-7-2011; IN COMMERCE 6-7-2011.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "THE ALL-TERRAIN CANE", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A SWIRL WITH A CANE IN THE CENTER; ON THE RIGHT OF THE CANE IS THE WORD "HURRYCANE" IN UPPERCASE LETTERS, AND BELOW "HURRYCANE" IS THE WORDING "THE ALL-TERRAIN CANE.".

SN 85-352,985, FILED 6-22-2011.

TINA BROWN, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office

EXHIBIT D

# United States of America
## United States Patent and Trademark Office

# Stuffies

**Reg. No. 4,286,271**
**Registered Feb. 5, 2013**
**Int. Cl.: 28**

**TRADEMARK**
**PRINCIPAL REGISTER**

MARTFIVE, LLC (MINNESOTA LIMITED LIABILITY COMPANY), DBA STUFFIES
SUITE 200
110 CHESHIRE LANE
MINNEAPOLIS, MN 55305

FOR: STUFFED AND PLUSH TOYS; STUFFED DOLLS AND ANIMALS; STUFFED TOY ANIMALS; STUFFED TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-1-2011; IN COMMERCE 11-16-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-674,204, FILED 7-11-2012.

JAMES A. RAUEN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

**EXHIBIT E**

# United States of America
### United States Patent and Trademark Office

# It's what's inside that counts!

**Reg. No. 4,286,272**
**Registered Feb. 5, 2013**
**Int. Cl.: 28**

**TRADEMARK**
**PRINCIPAL REGISTER**

MARTFIVE, LLC (MINNESOTA LIMITED LIABILITY COMPANY), DBA STUFFIES
SUITE 200
110 CHESHIRE LANE
MINNEAPOLIS, MN 55305

FOR: STUFFED AND PLUSH TOYS; STUFFED DOLLS AND ANIMALS; STUFFED TOY ANIMALS; STUFFED TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-1-2011; IN COMMERCE 11-16-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-674,711, FILED 7-11-2012.

JAMES A. RAUEN, EXAMINING ATTORNEY



*Acting Director of the United States Patent and Trademark Office*

EXHIBIT F